FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 19 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | Criminal Action No. |
| TRACY DENISE JONES | 1:25-CR-559 |

I, Tracy Denise Jones, the above-named defendant, who is accused of Conspiracy to Commit Theft of Government Funds, Wire Fraud, and Credit Application Fraud, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 19, 2025, prosecution by indictment and consent that the proceeding may be by information rather than by indictment. I further have elected not to request discovery under Rule 16 of the Federal Rules of Criminal Procedure and hereby waive the right to discovery under Rule 16.

_____
Tracy Denise Jones
Defendant

_____
Samuel Lenard Joseph
Counsel for Defendant

Before _____
         Judicial Officer