U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R00136)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 19 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton                    DISTRICT COURT NO.   1:25-CR-00559

MAGISTRATE CASE NO.

Indictment                 X Information                     Magistrate's Complaint
DATE:                      DATE: December 19, 2025            DATE:

**UNITED STATES OF AMERICA**
vs.
**TRACY DENISE JONES**

GREATER OFFENSE CHARGED:  X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Garrett L. Bradford
Defense Attorney: Samuel Lenard Joseph