U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 19 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

P L E A (With Counsel)

CRIMINAL NO. 1:25-CR-00559

I, Tracy Denise Jones, defendant, having received a copy of the within Information, and having waived arraignment plead Not Guilty thereto to counts 1, 2, and 3 thereof.

In Open Court this 19th day of December, 2025.

_____
SIGNATURE (Defense Attorney)
Samuel Lenard Joseph

_____
SIGNATURE (Defendant)
Tracy Denise Jones

INFORMATION BELOW MUST BE TYPED OR PRINTED

101 MARIETTA ST. NW, STE. 3650
Atlanta, Georgia 30303
Phone: 404 496 4052
Bar Number: 718641

101 Marietta St, NW, Ste 3650
Atlanta, Georgia 30303
(404) 496-4052

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12