# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cr-00559-JPB
## USA v. Jones
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 02/02/2026.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:20 A.M.      COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:20                  DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT: | 1] Tracy Denise Jones Present at proceedings |
| ATTORNEYS PRESENT: | Garrett Bradford representing USA<br>Samuel Joseph representing Tracy Denise Jones |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant was sworn. The signatures were verified and the signed Guilty Plea and Plea Agreement was tendered to the Court. The Court advised Defendant of her rights. The Court accepted and entered Defendant's plea of guilty to Counts 1-3 of the Information. Defendant will remain on bond pending sentencing. |
| HEARING STATUS: | Hearing Concluded |